# EXHIBIT B

7/7/14 1:50 PM



# INVOICE

140279

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 55817 | 4/29/2014 | 33278 |
| Job Date | Case No. | |
| 3/27/2014 | 13C 3415 | |
| Case Name | | |
| Anthony Sansone v. US Postal Service | | |
| Payment Terms | | |
| Due upon receipt | | |

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

877-548-S787

HENDERSON legal services

Deposition Transcript/Index pages of:
  Ruby Branch

| | | | | | |
|---|---|---|---|---|---|
| Attendance - Hourly | | 3.00 Hours | @ | 47.50 | 142.50 |
| Original & 1 copy | | 192.00 Pages | @ | 3.55 | 681.60 |
| Exhibits | | 17.00 Pages | @ | 0.35 | 5.95 |
| Exhibits - color copying | | 18.00 Pages | @ | 1.50 | 27.00 |
| Processing/Repository | | 1.00 | @ | 55.00 | 55.00 |
| | | TOTAL DUE >>> | | | $912.05 |

Original transcript regular delivery

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

| | | |
|---|---|---|
| (-) Payments/Credits : | | 0.00 |
| (+) Finance Charges/Debits : | | 0.00 |
| (+) New Balance : | | 912.05 |

Tax ID 46-0476632

*Please detach bottom portion and return with payment*

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

| | | | |
|---|---|---|---|
| Job No. | : 33278 | BU ID | : HLS-DC |
| Case No. | : 13C 3415 | | |
| Case Name | : Anthony Sansone v. US Postal Service | | |
| Invoice No. | : 55817 | Invoice Date | : 4/29/2014 |
| Total Due | : $912.05 | | |

PAYMENT WITH CREDIT CARD      AMEX / MC / VISA

Cardholders Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:

Remit To: Henderson Legal Services, Inc.
  PO Box 3758 93
  Baltimore, MD 21297-3593    21297-3593

https://remote.clccrul.org/owa/WebReadyViewBody.aspx?t=att&id=Rg...%2bwxHArOPktWCAAAJ&attid0=EAAMethvaly1T6ABo57Nk8cp&attcnt=1&pn=1      Page 1 of 2

145010

# INVOICE

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
Phone:312-419-9292  Fax:312-419-9294

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22870 | 4/26/2016 | 19896 |
| Job Date | Case No. | |
| 3/25/2016 | 13 C 3415 | |
| Case Name | | |
| SANSONE V. BRENNAN | | |
| Payment Terms | | |
| Due upon receipt | | |

PAUL STRAUSS
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW, INC.
100 NORTH LASALLE STREET
SUITE 600
CHICAGO, IL 60602

1 COPY OF TRANSCRIPT OF:
   RONALD GANELLEN       102.00 Pages    306.00

**TOTAL DUE >>>**   **$306.00**

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.   ALSO FOR YOUR CONVENIENCE,
WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

Tax ID: 27-0986977                                                Phone: 312-630-9744   Fax:312-630-1127

*Please detach bottom portion and return with payment.*

PAUL STRAUSS
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW, INC.
100 NORTH LASALLE STREET
SUITE 600
CHICAGO, IL 60602

Invoice No.   : 22870
Invoice Date  : 4/26/2016
**Total Due**     : **$306.00**

Job No.   : 19896
BU ID     : 1-NEW
Case No.  : 13 C 3415
Case Name : SANSONE V. BRENNAN

Remit To:  **L.A. COURT REPORTERS, LLC.**
          **8 WEST MONROE STREET**
          **SUITE 2007**
          **CHICAGO, IL 60603**



**ESQUIRE**
Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

CONOR SHAW, ESQ
EIMER STAHL, LLP
SUITE 1100
224 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60604



Ok to pay — CMS 11/5/14    EW105-00073

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com



141033

### Invoice # ESQ200404

| Invoice Date | 10/23/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/22/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |



| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/09/2014 | SANSONE, ANTHONY VS. DONAHOE, PATRICK | 219174 | 10/23/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 10/09/2014, JUAN GARCIA (CHICAGO, IL) | |
| ORIGINAL TRANSCRIPT/WORD INDEX (42 Pages) | $ 172.20 |
| EXHIBITS | $ 3.20 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| HANDLING FEE | $ 30.00 |
| SPANISH INTERPRETING SERVICE MINIMUM | $ 250.00 |
| | $ 565.40 |
| DISCOUNT 15% | $ -42.33 |
| DELIVERY -- ORIGINAL EXHIBITS | $ 8.00 |
| | $ -34.33 |

MATTER NUMBER: NA
EMAILED
****SPANISH INTERPERTER****

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/07/2014** | **$ 531.07** |
| Amount Due After 12/07/2014 | $ 584.18 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.com

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

**ESQUIRE**

CONOR SHAW, ESQ
EIMER STAHL, LLP
SUITE 1100
224 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60604

| | |
|---|---|
| Invoice #: | ESQ200404 |
| Payment Due: | 11/22/2014 |
| **Amount Due On/Before 12/07/2014** | **$ 531.07** |
| Amount Due After 12/07/2014 | $ 584.18 |

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

193 0000200404 10232014 3 000053107 0 11222014 12072014 3 000058418 27

145294

# INVOICE



**HENDERSON**
legal services
*experience does matter*
877-548-8787

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64574 | 3/31/2016 | 38392 |
| Job Date | Case No. | |
| 3/7/2016 | 13C 3415 | |

| Case Name |
|---|
| Anthony Sansone v. US Postal Service |

| Payment Terms |
|---|
| Due upon receipt |

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

Deposition Transcript/Index pages of:
    Diana S. Goldstein

| | | | | |
|---|---|---|---|---|
| Attendance - Hourly | 2.00 Hours | @ | 47.50 | 95.00 |
| Original & 1 copy | 92.00 Pages | @ | 3.55 | 326.60 |
| Exhibits | 54.00 Pages | @ | 0.35 | 18.90 |
| Processing/Repository | 1.00 | @ | 55.00 | 55.00 |

**TOTAL DUE >>>**    **$495.50**
AFTER 5/30/2016 PAY    $545.05

Original transcript, regular delivery.

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    49.55
(=) New Balance:    545.05

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : 38392 | BU ID | : HLS-DC | |
| Case No. | : 13C 3415 | | | |
| Case Name | : Anthony Sansone v. US Postal Service | | | |
| Invoice No. | : 64574 | Invoice Date | : 3/31/2016 | |
| **Total Due** | : **$545.05** | | | |

**Remit To:** Henderson Legal Services, Inc.
PO Box 37593
Baltimore MD 21297-3593

**PAYMENT WITH CREDIT CARD**    AMEX MC VISA
Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54615 | 1/20/2014 | 32817 |
| Job Date | Case No. | |
| 12/20/2013 | 13C 3415 | |

| Case Name |
|---|
| Anthony Sansone v. US Postal Service |

| Payment Terms |
|---|
| Due upon receipt |

**HENDERSON LEGAL SERVICES**
*Depositions Worldwide*

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

Deposition Transcript Of:
Stephen Greiser

| | | | | | |
|---|---|---|---|---|---|
| Hourly | | 2.00 | Hours | @ 47.50 | 95.00 |
| Original & 1 copy | | 82.00 | Pages | @ 3.55 | 291.10 |
| Exhibits | | 7.00 | Pages | @ 0.35 | 2.45 |
| Processing/Repository | | 1.00 | | @ 55.00 | 55.00 |

**TOTAL DUE >>>** $443.55

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Original transcript, regular delivery.

(-) Payments/Credits: 443.55
(+) Finance Charges/Debits: 0.00
(=) New Balance: 0.00

**Tax ID: 46-0476632**

*Please detach bottom portion and return with payment.*

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

Job No.      : 32817       BU ID   : HLS-DC
Case No.     : 13C 3415
Case Name    : Anthony Sansone v. US Postal Service
Invoice No.  : 54615       Invoice Date : 1/20/2014
Total Due    : $0.00

Remit To:  **Henderson Legal Services, Inc.**
           **1560 Wilson Blvd, Suite 750**
           **Arlington VA  22209**

| PAYMENT WITH CREDIT CARD | AMEX   |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

**HENDERSON LEGAL SERVICES**
*Depositions Worldwide*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54480 | 12/27/2013 | 32742 |
| **Job Date** | **Case No.** | |
| 12/6/2013 | 13C 3415 | |

| Case Name |
|---|
| Anthony Sansone v. US Postal Service |

| Payment Terms |
|---|
| Due upon receipt |

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

Deposition Transcript Of:
  LaShawn Jacobs

| | | | | |
|---|---|---|---|---|
| Hourly | 2.00 Hours | @ | 47.50 | 95.00 |
| Original & 1 copy | 76.00 Pages | @ | 3.55 | 269.80 |
| Exhibits | 15.00 Pages | @ | 0.35 | 5.25 |
| Processing/Repository | 1.00 | @ | 55.00 | 55.00 |

TOTAL DUE >>>   $425.05

Reference No.   : 923

Original transcript, regular delivery.

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

(-) Payments/Credits:   425.05
(+) Finance Charges/Debits:   0.00
(=) New Balance:   0.00

**Tax ID: 46-0476632**

*Please detach bottom portion and return with payment.*

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

| | | | |
|---|---|---|---|
| Job No. | : 32742 | BU ID | : HLS-DC |
| Case No. | : 13C 3415 | | |
| Case Name | : Anthony Sansone v. US Postal Service | | |
| Invoice No. | : 54480 | Invoice Date | : 12/27/2013 |
| Total Due | : $0.00 | | |

Remit To:   **Henderson Legal Services, Inc.
1560 Wilson Blvd, Suite 750
Arlington VA  22209**



| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



**ESQUIRE**
Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Okay to pay
CMS 12/15/14

Remit to: 141436

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ215772

| Invoice Date | 11/20/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 12/20/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | MATTER# 00103-00063 |

CONOR SHAW, ESQ
EIMER STAHL, LLP
SUITE 1100
224 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60604

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/12/2014 | SANSONE, ANTHONY VS. DONAHOE, PATRICK, | 230269 | 11/19/2014 | NONE |

| Description | Amount |
|---|---|
| Services Provided on 11/12/2014, JOAN MCELLIGOTT (PALOS HEIGHTS, IL) | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT/WORD INDEX (79 Pages) | $ 421.07 |
| EXHIBITS | $ 15.50 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| HANDLING FEE | $ 30.00 |
| | $ 576.57 |
| | |
| DISCOUNT 15% | $ -79.66 |
| DELIVERY -- ORIGINAL EXHIBITS | $ 8.00 |
| | $ -71.66 |

*MATTER NUMBER: 00103-00063*
*\*\*\*ORIGINAL EMAILED TO CHICAGO LAWYERS COMMITTEE FOR CIVIL RIGHTS\*\*\**

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/04/2015** | **$ 504.91** |
| Amount Due After 01/04/2015 | $ 555.40 |

---

Tax Number: 45-3463120


ESQUIRE

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  

| | |
|---|---|
| Invoice #: | ESQ215772 |
| Payment Due: | 12/20/2014 |
| **Amount Due On/Before 01/04/2015** | **$ 504.91** |
| Amount Due After 01/04/2015 | $ 555.40 |

NOR SHAW, ESQ
ER STAHL, LLP
TE 1100
OUTH MICHIGAN AVENUE
AGO, IL 60604

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

0000215772 11202014 9 000050491 3 12202014 01042015 8 000055540 16

*OK to pay per SEH.*
*00103-00073*



**HENDERSON**
legal services
experience *does* matter
877-548-8787

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57649 | 8/29/2014 | 34502 |
| Job Date | Case No. | |
| 8/7/2014 | 13C 3415 | |
| Case Name | | |
| Anthony Sansone v. US Postal Service | | |
| Payment Terms | | |
| Due upon receipt | | |

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

Deposition Transcript/Index pages of:

Syed A. Razzaq

| | | | | |
|---|---|---|---|---|
| Hourly | 2.00 Hours | @ | 47.50 | 95.00 |
| Original & 1 copy | 82.00 Pages | @ | 3.55 | 291.10 |
| Exhibits | 4.00 Pages | @ | 0.35 | 1.40 |
| Exhibits - color copying | 3.00 Pages | @ | 1.50 | 4.50 |
| Processing/Repository | 1.00 | @ | 55.00 | 55.00 |

TOTAL DUE >>>  $447.00

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Original transcript, regular delivery.

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: 447.00

Tax ID: 46-0476632

*Please detach bottom portion and return with payment.*

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : 34502 | BU ID | : HLS-DC | |
| Case No. | : 13C 3415 | | | |
| Case Name | : Anthony Sansone v. US Postal Service | | | |
| Invoice No. | : 57649 | Invoice Date | : 8/29/2014 | |
| Total Due | : $447.00 | | | |

Remit To:  Henderson Legal Services, Inc.
PO Box 37593
Baltimore MD  21297-3593

**PAYMENT WITH CREDIT CARD**   AMEX / / VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
Phone:312-419-9292  Fax:312-419-9294



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19128 | 5/30/2014 | 16705 |
| Job Date | Case No. ||
| 5/16/2014 | 13 C 3415 ||
| Case Name |||
| SANSONE V. DONAHOE |||
| Payment Terms |||
| Due upon receipt |||

PAUL STRAUSS
CHICAGO LAWERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW, INC.
100 NORTH LASALLE STREET
SUITE 600
CHICAGO, IL 60602

1 COPY OF TRANSCRIPT OF:
    ANTHONY SANSONE                                274.00 Pages              767.20
                                                   TOTAL DUE >>>           $767.20

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.   ALSO FOR YOUR CONVENIENCE,
WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

**Tax ID:** 27-0986977                                          Phone: 312-630-9744   Fax:312-630-1127

*Please detach bottom portion and return with payment.*

PAUL STRAUSS                                        Invoice No.    : 19128
CHICAGO LAWERS' COMMITTEE FOR CIVIL RIGHTS          Invoice Date   : 5/30/2014
UNDER LAW, INC.                                     **Total Due    : $ 767.20**
100 NORTH LASALLE STREET
SUITE 600
CHICAGO, IL 60602


                                                    Job No.     : 16705
                                                    BU ID       : 1-NEW
Remit To: **L.A. COURT REPORTERS, LLC.**            Case No.    : 13 C 3415
          **8 WEST MONROE STREET**                  Case Name   : SANSONE V. DONAHOE
          **SUITE 2007**
          **CHICAGO, IL 60603**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 55284 | 3/19/2014 | 33253 |
| Job Date | Case No. | |
| 2/25/2014 | 13C 3415 | |
| Case Name | | |
| Anthony Sansone v. US Postal Service | | |
| Payment Terms | | |
| Due upon receipt | | |

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

Deposition Transcript/Index pages of:

    Charles Von Rhein

| | | | | | |
|---|---|---|---|---|---|
| Attendance - Hourly | 3.50 | Hours | @ | 47.50 | 166.25 |
| Original & 1 copy | 200.00 | Pages | @ | 3.55 | 710.00 |
| Exhibits | 15.00 | Pages | @ | 0.35 | 5.25 |
| Processing/Repository | 1.00 | | @ | 55.00 | 55.00 |

**TOTAL DUE >>>**    **$936.50**

Reference No.   : 17959

Original transcript, regular delivery.

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

(-) Payments/Credits:    936.50
(+) Finance Charges/Debits:    0.00
(=) New Balance:    0.00

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Paul Strauss, Esq.
Chicago Lawyers Committee for Civil Rights
100 North LaSalle Street
6th Floor
Chicago IL 60602

Job No. : 33253    BU ID : HLS-DC
Case No. : 13C 3415
Case Name : Anthony Sansone v. US Postal Service
Invoice No. : 55284    Invoice Date : 3/19/2014
**Total Due** : **$0.00**

Remit To:    Henderson Legal Services, Inc.
              1560 Wilson Blvd, Suite 750
              Arlington VA 22209

| PAYMENT WITH CREDIT CARD | AMEX MC VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:    Phone#: | |
| Billing Address: | |
| Zip:    Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |