# EXHIBIT E

# Sample Invoices

**Confidential Pursuant to N.D. Ill L.R. 54.3**



June 30, 2017

## INVOICE SUMMARY

**TOTAL FEES:**

**TOTAL DISBURSEMENTS:**

**TOTAL INVOICE AMOUNT DUE:**

Confidential Pursuant to N.D. Ill L.R. 54.3

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ███████ | ███ | ██ | ███ | ████ |
| ███████ | ██ | █ | ██ | ██ |
| ██████ | ███ | ██ | | ████ |
| Ben E. Waldin | Attorney | 3.40 | $535.00 | $1,819.00 |
| Nicole Nowacki | Legal Assistant | 27.80 | $275.00 | $7,645.00 |
| ███████ | ██████ | ██ | ███ | ████ |
| █████ | █████ | ██ | ███ | ████ |

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| ███ | █████████ | ██ | ████ |
| ███ | ██████ | ██ | ████ |
| ███ | ███████ | ██ | ████ |
| ███ | ███████ | ██ | ████ |
| ███ | ████████ | ██ | ████ |
| ███ | ████ | ██ | ██ |
| ███ | ██████ | ██ | ████ |
| ███ | █████████ | ███ | ████ |
| ███ | ████████ | ██ | ████ |
| ███ | █████ | ██ | ███ |
| ███ | ██████ | ██ | ██ |
| ███ | ██████ | ██ | ████ |
| ███ | █████ | ██ | ████ |

**Disbursements**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| ████ | ████ | ████████ | ███ |
| ████ | ████ | ██████ | ███ |
| ████ | ████ | █████████ | ███ |
| ████ | ████ | ████████) | ███ |
| ████ | ████ | ██████████ | |
| ████ | ████ | ████████ | ██ |

Confidential Pursuant to N.D. Ill L.R. 54.3

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| | | TOTAL DISBURSEMENTS | ██ |

**TOTAL INVOICE AMOUNT DUE**................................................................ ██



September 15, 2017

## INVOICE SUMMARY

Invoice Number: 1015637

**TOTAL FEES:**

**TOTAL DISBURSEMENTS:**

**TOTAL INVOICE AMOUNT DUE:**

| Date | Name | | Task Code | Hours |
|------|------|--|-----------|-------|



TOTAL FEES:



| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| | | | | |
| Jacob M. Hamann | Attorney | 51.90 | $535.00 | $27,766.50 |

Confidential Pursuant to N.D. Ill L.R. 54.3

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| ██ | ███████████████ | ██ | ███ |
| ██ | ███████ | ██ | █████ |
| ██ | ██████████ | ██ | ███ |
| ██ | ████████████ | ██ | █████ |
| ██ | ████ | ██ | ███ |
| ██ | ██████████ | ██ | ███ |
| ██ | █████████████ | ██ | ███ |
| ██ | ████████████ | ██ | █████ |
| ██ | ████████████ | ██ | ███ |
| ██ | ██████ | ██ | █████ |

## TOTAL INVOICE AMOUNT DUE................................................................. ████████

Confidential Pursuant to N.D. Ill L.R. 54.3

January 31, 2016

**INVOICE SUMMARY** _____ Invoice Number: 1014091

**TOTAL FEES:**

**TOTAL DISBURSEMENTS:**

**TOTAL INVOICE AMOUNT DUE:**

TOTAL FEES: ███████

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ████████ | █████ | ███ | ███ | ███████ |
| Sarah E. Hargadon | Attorney | 3.60 | $525.00 | $1,890.00 |
| ████████████ | █████ | ███ | ███ | ████ |
| ████████ | █████ | ███ | ███ | ███████ |
| ████████ | █████ | ███ | ███ | ███████ |
| ████████ | ████████ | ███ | ███ | ██████ |

| Task Code | Description | | Hours | Amount |
|---|---|---|---|---|
| ███ | ███████████████ | | ███ | ███████ |
| ███ | █████████ | | ███ | ███████ |
| ███ | ██████ | | ███ | ███████ |
| ███ | ███████ | | ███ | ███████ |

**Disbursements**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| ██████ | ████████ | ████████████████ | ████ |
| | | TOTAL DISBURSEMENTS | ████ |

**TOTAL INVOICE AMOUNT DUE**................................................................ ████████

Confidential Pursuant to N.D. Ill L.R. 54.3



April 30, 2015

INVOICE SUMMARY                                              Invoice Number: 1013650

**TOTAL FEES:**                                                              ▮▮▮▮

**TOTAL DISBURSEMENTS:**                                              ▮▮

**TOTAL INVOICE AMOUNT DUE:**                                    ▮▮▮▮

Confidential Pursuant to N.D. III L.R. 54.3

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ███ | ███ | | | ███ |
| ███ | ███ | ███ | ███ | ███ |
| Conor M. Shaw | Attorney | 16.50 | $415.00 | $6,847.50 |
| ███ | ███ | ███ | ███ | ███ |

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |

## TOTAL INVOICE AMOUNT DUE ..................................................... ███